UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL MUNOZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WATSONVILLE COMMUNITY HOSPITAL, <br><br> Defendant. | Case No. 15-cv-00932-BLF <br><br> **ORDER STRIKING OPPOSITION TO MOTION TO STRIKE, OPPOSITION TO MOTION TO ABSTAIN OR DISMISS, AND OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE** <br><br> [Re: ECF 34, 35, 36] |

On October 1, 2015, Plaintiff filed an opposition to Defendant's motion to strike, an opposition to Defendant's motion to abstain or dismiss, and objections to Defendant's request for judicial notice. *See* ECF Nos. 34-36.

Pursuant to Civil Local Rule 3-4(c), papers filed with the court may contain no more than 28 lines per page. Under Civil Local Rule 7-3(a), any evidentiary or procedural objections to a motion must be contained within the brief or memorandum.

Here, Plaintiff's opposition filings contain more than 28 lines per page. *See e.g.*, Pl.'s Opp. to Mot. to Strike at 2, ECF 35 (containing 30 lines); Pl.'s Opp. to Mot. to Dismiss at 6, ECF 36 (containing 31 lines). Plaintiff also filed objections to Defendant's request for judicial notice in a separate filing from Plaintiff's opposition.

Accordingly, the Court STRIKES Plaintiff's opposition to Defendant's motion to strike, Plaintiff's opposition to Defendant's motion to abstain or dismiss, and Plaintiff's objections to Defendant's request for judicial notice. Plaintiff may re-file these materials in accordance with the civil local rules **on or before** October 6, 2015.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
BETH LABSON FREEMAN
United States District Judge