**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAFAEL MUNOZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WATSONVILLE COMMUNITY HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00932-BLF<br><br>**ORDER GRANTING MOTION FOR ADDITIONAL SUMMONS AND EXTENSION OF TIME TO SERVE DEFENDANT COMMUNITY HEALTH SYSTEMS INCORPORATED**<br><br>[Re: ECF 79] |

Plaintiff filed this suit alleging that Defendants violated the Emergency Treatment and Active Labor Act. Second Am. Compl., ECF 70. Before the Court is Plaintiff's motion for additional summons and extension of time to serve Defendant Community Health Systems Incorporated ("CHSI"). Mot., ECF 79.

According to Plaintiff, CHSI was properly added as a defendant in the First Amended Complaint on January 11, 2016 as this Court refused to strike CHSI in a prior order in response to a motion to strike. ECF 49, 69. Although CHSI has not been formally served, Plaintiff argues that its alter-ego relationship with another defendant, Watsonville Community Hospital ("WCH") means that service should be deemed made. Mot. 3. Plaintiff further contends that CHSI has submitted to this Court jurisdiction by allowing WCH counsel to make general appearances and arguments on its behalf. *Id.* at 3-4.

In response to Plaintiff's motion, Defendant WCH states that it does not oppose Plaintiff's motion for additional summons and an extension of time to serve. However, WCH disputes various statements and arguments made in the motion. For example, WCH claims that Plaintiff's statements on the relationship between WCH and CHSI are incorrect and that the two defendants are separate entities. WCH further asserts that Plaintiff's argument that CHSI has submitted to

1   this Court's jurisdiction is unsupported.

2       The Court need not address the factual and legal issues disputed by the parties in their
3   papers.  Because WCH does not oppose Plaintiff's motion for additional summons and extension
4   of time to serve CHSI, the Court GRANTS the motion and DIRECTS the Clerk to issue summons.
5   Plaintiff shall file a valid proof of service for CHSI **on or before March 6, 2017**.

7       **IT IS SO ORDERED.**

9   Dated: January 6, 2017

_____
BETH LABSON FREEMAN
United States District Judge

2